1  Paul B. Beach, Esq. [State Bar No. 166265]
   E-mail: pbeach@lbaclaw.com
2  Christina M. Sprenger, Esq. [State Bar No. 205105]
   E-mail: csprenger@lbaclaw.com
3  Aamir Raza, Esq. [State Bar No. 223530]
   E-mail: araza@lbaclaw.com
4  LAWRENCE BEACH ALLEN & CHOI, PC
   E-mail: courtemails@lbaclaw.com
5  2677 North Main Street, Suite 370
   Santa Ana, California 92705
6  Telephone No.: (714) 479-0180
7

8  Attorneys for Defendants COUNTY OF LOS ANGELES, LOS ANGELES
9  COUNTY SHERIFF'S DEPARTMENT and SERGEANT BRIAN MULLER

10

11               **UNITED STATES DISTRICT COURT**

12               **CENTRAL DISTRICT OF CALIFORNIA**

13

14  SENNETT DEVERMONT,                      )  Case No. 2:21-cv-07028-KES
                                            )
15                Plaintiff,                )
                                            )  **[PROPOSED] ORDER TO VACATE**
16                                          )  **ALL DATES AND DEADLINES IN**
17  vs.                                     )  **LIGHT OF CONDITIONAL**
                                            )  **SETTLEMENT**
18  COUNTY OF LOS ANGELES; LOS              )
19  ANGELES COUNTY SHERIFF'S                )  *[Notice of Conditional Settlement And*
    DEPARTMENT; LOS ANGELES                 )  *Joint Stipulation To Vacate All Dates and*
20  COUNTY SHERIFF'S                        )  *Deadlines filed concurrently herewith]*
21  DEPARTMENT SERGEANT BRIAN               )
    MULLER, individually and in his         )
22  official capacity as a sergeant with the)
23  County of Los Angeles and Los           )
    Angeles County Sheriff's Department,    )
24                                          )
25                Defendants.               )
                                            )  **Matter For Determination Before The**
26  _____ )  **Honorable Karen E. Scott**
27

28  / / /

                                       1
     [PROPOSED] ORDER RE: CONDITIONAL SETTLEMENT & VACATING ALL DATES

**ORDER**

In light of the Notice of Conditional Settlement and Joint Stipulation to Vacate all Dates and Deadlines filed January 26, 2023, indicating that the case has settled in its entirety, conditioned on approval through the County of Los Angeles' claims settlement procedures, this action is placed in inactive status.

By July 31, 2023, the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) a joint status report regarding settlement.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party. All previously set deadlines and dates are hereby VACATED.

**IT IS SO ORDERED.**

Dated: <u>January 27, 2023</u>

By _____
       Honorable Karen E. Scott
       United States Magistrate Judge

[PROPOSED] ORDER RE: CONDITIONAL SETTLEMENT & VACATING ALL DATES